UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

NICHOLAS M MARTELLA
KIERSTEN N MARTELLA

                                                                : Bankruptcy No. 18-17641JKF
             Debtor(s)                                : Chapter 13

\* \* \* \* \* \* \*

**HEARING TO BE HELD:**
**Date: May 8, 2019**
**Time: 9:30 a.m.**
**Place: United States Bankruptcy Court**
      **Courtroom #3**
      **900 Market Street**
      **Philadelphia, PA 19107-4295**

\* \* \* \* \* \* \*

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The within case was commenced by the filing of a Chapter 13 petition on 11/16/18.

3. This Motion to Dismiss has been filed for the following reason(s):

   - The plan does not appear to be feasible.
   - The plan filed by debtor(s) does not appear feasible in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

4. For the reasons set forth herein, the Trustee believes, and therefore avers, that the within case should be dismissed.

WHEREFORE, the Movant requests that the Court, after a hearing, enter an Order dismissing this case.

                                                Respectfully submitted,

Date: March 25, 2019                                 */s/ Polly A. Langdon*

                                                Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, Pennsylvania 19606
Telephone: (610) 779-1313