# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Nicholas M. Martella and Kiersten N. Martella | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 18-17641 |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion of, Nicholas M. Martella and Kiersten N. Martella, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located at 3681 North Hereford Lane, Philadelphia, PA 19114 to "Neway Atnafu" as "Buyer" is approved.

3. The Debtor is authorized to sell the property known as and located at 3681 North Hereford Lane, Philadelphia, PA 19114 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. The Buyer has not assumed any liabilities of the Debtors.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. The mortgage holder on the subject property shall be paid in full in order for the subject sale to take place.

9. The title agent shall pay the Debtors directly in the sum up to $23,675.00 from the sale proceeds at Settlement after the mortgage is satisfied in full.

10. The title agent shall pay the Chapter 13 Trustee the remaining sale proceeds after the Debtors receive their $23,675.00 from the sale proceeds.

FURTHER ORDERED:

_____

J.