UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Nicholas M. Martella and Kiersten N. Martella | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 18-17641 |

CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtors' Motion to Sell Property Free and Clear of Liens Notice of Motion by Regular US Mail on the Debtor, all interested creditors, and the following parties by electronic means or regular US mail:

**WILLIAM C. MILLER**
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Buyer's Realtor
Edward Clibanoff
1148 Street Road
Southampton, PA 18966

Seller's Realtor
Maurice Rollins
1328-30-32 Shunk Street
Philadelphia, PA 19148

**KEVIN G. MCDONALD**
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

POLLY A. LANGDON

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Dated: April 15, 2019

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107