UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: :  <br>    Nicholas & Kiersten Martella  : <br>: | Chapter 13 |
| : | |
| Debtor  : | Case No 18-17641JKF |

## EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

**NOW INTO COURT COMES**, Nicholas & Kiersten Martella, hereinafter referred to as "Debtors", brings this Expedited Motion to Sell Real Property under Eastern District of Pennsylvania Local Rule 6004-1 and Section 363 of the United States Bankruptcy Code and in support thereof avers the following:

1. Debtors, filed a Motion to Sell Real Estate Free and clear of Liens on April 16th, 2019.

2. A hearing was set on said Motion for May 29th, 2019 with this Honorable Court.

3. Recently, Debtors made their Attorney aware that Debtor's buyers now need to close the sale by May 15th, 2019, due in large part to the coordination of the necessary financing to purchase the home.

4. The Debtors do not want to lose these buyers, and the sale of the property.

5. It is therefore humbly requested that an expedited hearing be set for this Motion, on or before May 15th, 2019.

**WHEREFORE**, Debtors, respectfully request that the Court enter an Order: (i) Granting this Motion, and Granting the Debtors such other and further relief to which they may be justly entitled.

Dated: April 23, 2019                                     /s/Brad J. Sadek, Esq

                                                                                                  Attorney for Debtor
                                                                                                  Sadek and Cooper, LLC.
                                                                                                  1315 Walnut Street, #502
                                                                                                  Philadelphia, PA 19107
                                                                                                  215-545-0008