## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Nicholas M Martella | : |
| Kiersten N Martella | : |
| | : Case No. 18-17641JKF |
| | : |
| Debtor(s) | : Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below I served a true and correct copy of the of <u>Debtor's Motion to Sell Property Free and Clear of Liens</u> and <u>Order Granting Expedited Hearing</u> on the individuals listed below by electronic means and on unsecured creditors by regular US mail:

**Scott F. Waterman**
Chapter 13 Trustee
Via Fax  610-779-3637

**Kevin McDonald, Esq.**
KML Law Group, P.C.
Via Fax 215-627-7734

April 26, 2019                                                        /s/ *Brad J. Sadek, Esquire*
                                                                              Brad J. Sadek, Esquire
                                                                              Attorney for Debtor