United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicholas M. Martella  
Kiersten N. Martella  
    Debtors

Case No. 18-17641-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: May 10, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.  
db/jdb       +Nicholas M. Martella,   Kiersten N. Martella,   3681 N. Hereford Lane,   Philadelphia, PA 19114-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:  
        BRAD J. SADEK    on behalf of Joint Debtor Kiersten N. Martella brad@sadeklaw.com, bradsadek@gmail.com  
        BRAD J. SADEK    on behalf of Debtor Nicholas M. Martella brad@sadeklaw.com,  bradsadek@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                     TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
Nicholas M. Martella and Kiersten N. Martella : Chapter 13
:
Debtors : Case No.: 18-17641

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this __9th__ day of __May__, 2019 upon consideration of the Motion of, Nicholas M. Martella and Kiersten N. Martella, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED ~~and DECREED~~ that:

1. ~~Notice of the Motion was proper and adequate.~~

2. The Motion is granted and the sale of the real property known as and located at 3681 North Hereford Lane, Philadelphia, PA 19114 to "Neway Atnafu" as "Buyer" is approved.

3. The Debtor is authorized to sell the property known as and located at 3681 North Hereford Lane, Philadelphia, PA 19114 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. ~~The Buyer has not assumed any liabilities of the Debtors.~~

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. ~~Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.~~

8. The mortgage holder on the subject property shall be paid in full in order for the subject sale to take place.

9. The title agent shall pay the Debtors directly in the sum up to $23,675.00 from the sale proceeds at Settlement after the mortgage is satisfied in full.

10. The title agent shall pay the Chapter 13 Trustee the remaining sale proceeds after the Debtors receive their $23,675.00 from the sale proceeds.

~~FURTHER ORDERED~~xx

*[signature: Jean K. FitzSimon]*

Judge Jean K. FitzSimon J.