## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Nicholas M. Martella**  
**Kiersten N. Martella**

Case No. **18-17641**

Debtor(s)

Chapter **13**

# Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-8338**

Joint Debtor's Social Security Number:  **xxx-xx-2006**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **Nicholas M. Martella and Kiersten N. Martella**

Street:  **3681 N. Hereford Lane**

City, State and Zip:  **Philadelphia, PA 19114**

**Please be advised that my (our) new mailing address and telephone number is:**

Name:  **Nicholas M. Martella and Kiersten N. Martella**

Street:  **57003 Delaire Landing Road**

City, State and Zip:  **Philadelphia, PA 19114**

/s/ Nicholas M. Martella  
**Nicholas M. Martella**  
Debtor

/s/ Kiersten N. Martella  
**Kiersten N. Martella**  
Joint Debtor