UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Nicholas M. Martella | : |
| Kiersten N. Martella | : Chapter 13 |
| | : |
| Debtor(s) | : Case No.: 18-17641JKF |

ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 7, filed by LVNV Funding, LLC, Resurgent Capital Services, it is hereby:

ORDERED AND DECREED that the Proof of Claim Number 7 on the claims register in the instant bankruptcy matter is STRICKEN.

Further Ordered:

Dated:                                                                    Hon. Jean K. FitzSimon