UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Nicholas M. Martella<br>　　Kiersten N. Martella<br><br>　　Debtor (s) | :<br>:<br>:<br>:<br>:   Chapter 13<br><br>:   Case No.: 18-17641JKF |

ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 22, filed by LVNV Funding, LLC, Resurgent Capital Services, it is hereby:

ORDERED AND DECREED that the Proof of Claim Number 7 on the claims register in the instant bankruptcy matter is STRICKEN.

Further Ordered:

Dated:                                                                 Hon. Jean K. FitzSimon