IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> Nicholas M. Martella <br> Kiersten N. Martella <br><br> Debtor(s) | : <br> : <br> : Chapter 13 <br> : <br> : Case No. 18-17641JKF <br> : |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Objection to Claim No. 7 filed at Docket Number 39.

Dated: August 20, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008