IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Nicholas M. Martella | : | Chapter 13 |
| Kiersten N. Martella | : | |
| | : | Case No. 18-17641JKF |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Objection to Claim No. 22 filed at Docket Number 42.

Dated: August 20, 2019      /s/ Brad J. Sadek, Esquire

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008