UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Nicholas M. Martella | : |
| Kiersten N. Martella | : Chapter 13 |
| | : |
| Debtor(s) | : Case No.: 18-17641JKF |

ORDER

AND NOW, this 22nd day of August, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 7, filed by LVNV Funding, LLC, Resurgent Capital Services, it is hereby:

ORDERED ~~AND DECREED~~ that the Proof of Claim Number 7 on the claims register in the instant bankruptcy matter is ~~STRICKEN.~~ disallowed.

~~Further Ordered:~~

_(signature)_

Dated: 8/22/19                    Hon. Jean K. FitzSimon