United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17641-jkf
Nicholas M. Martella                                                      Chapter 13
Kiersten N. Martella
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 1              Date Rcvd: Aug 22, 2019
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db/jdb          +Nicholas M. Martella,   Kiersten N. Martella,   57003 Delaire Landing Road,
                 Philadelphia, PA 19114-5352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:16     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14251203         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:11:56    LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                   TOTAL: 2

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             LVNV Funding LLC,   Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587
                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Nicholas M. Martella brad@sadeklaw.com,  bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Kiersten N. Martella brad@sadeklaw.com,
               bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                      TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Nicholas M. Martella | : | |
| Kiersten N. Martella | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 18-17641JKF |

ORDER

AND NOW, this 22nd day of August_____, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 7, filed by LVNV Funding, LLC, Resurgent Capital Services, it is hereby:

ORDERED ~~AND DECREED~~ that the Proof of Claim Number 7 on the claims register in the instant bankruptcy matter is ~~STRICKEN~~ disallowed.

~~Further Ordered:~~

Dated:  8/22/19

_____
Hon. Jean K. FitzSimon