United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicholas M. Martella  
Kiersten N. Martella  
        Debtors

Case No. 18-17641-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv        Page 1 of 1        Date Rcvd: Aug 22, 2019  
                      Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
db/jdb      +Nicholas M. Martella,   Kiersten N. Martella,   57003 Delaire Landing Road,   Philadelphia, PA 19114-5352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:11:44     Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
14251203      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:11:54     LVNV Funding, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587  
                                                                                            TOTAL: 2

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr*        LVNV Funding LLC,   Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587  
                                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
        BRAD J. SADEK   on behalf of Debtor Nicholas M. Martella brad@sadeklaw.com,  bradsadek@gmail.com  
        BRAD J. SADEK   on behalf of Joint Debtor Kiersten N. Martella brad@sadeklaw.com,   bradsadek@gmail.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance Agency   bkgroup@kmllawgroup.com  
        POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,   ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                   TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Nicholas M. Martella<br>   Kiersten N. Martella<br><br>   Debtor (s) | :<br>:<br>:   Chapter 13<br>:<br>:   Case No.: 18-17641JKF |

## ORDER

AND NOW, this 22nd day of August, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 22, filed by LVNV Funding, LLC, Resurgent Capital Services, it is hereby:

ORDERED ~~AND DECREED~~ that the Proof of Claim Number ~~7~~ 22 on the claims register in the instant bankruptcy matter is ~~STRICKEN~~ disallowed.

~~Further Ordered~~

_____
Hon. Jean K. FitzSimon

~~Dated:~~