UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Nicholas & Kiersten Martella | : | |
| | : | Chapter 13 |
| | : | |
|    Debtor (s) | : | Case No.: 18-17641JKF |

**Addendum to Chapter 13 Plan**

The Confirmed Chapter 3 Plan is being changed in the following way:

Proof of Claim Number 29 filed by the City of Philadelphia, shall be paid through the Confirmed Chapter 13 Plan.

Date: October 11, 2019                                         /s/ Brad J. Sadek, Esq.

                                                                                                       1315 Walnut Street #502
                                                                                                       Philadelphia, PA 19107