| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas M. Martella** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kiersten N. Martella** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 18-17641 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Nicholas M. Martella**                          X  **/s/ Kiersten N. Martella**
**Nicholas M. Martella**                                    **Kiersten N. Martella**
Signature of Debtor 1                                         Signature of Debtor 2

Date  **June  2, 2020**                                        Date  **June  2, 2020**