IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Nicholas N Martella | : | Case No.: 18-17641AMC |
| Kiersen N Martella | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## NOTICE OF SUPPLEMENTAL APPLICATION FOR COUNSEL FEES PURSUANT TO SECTION 331 OF THE BANKRUPTCY CODE

To the debtor and all parties in interest, NOTICE is hereby given:

1.  That Brad J. Sadek, Esquire, counsel for the Debtor(s) in the above-captioned matter, has filed an Application with this Court for Allowance of Compensation in connection with his legal services rendered to the debtor in these bankruptcy proceedings.

2.  That the Application requests the court to enter an Order approving counsel fees in the amount of $1,500.00 and advanced costs in the amount of $0.00.

3.  That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, and a copy thereof served on the counsel whose name and address appear below, within twenty-one (21) days from the date of this notice.

4.  That in the absence of an answer, objection or request for hearing, counsel will certify same to the Court after twenty-one (21) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

Dated: August 7, 2020            **SADEK AND COOPER,**

BY: /s/ Brad J. Sadek, Esquire
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008
Counsel for Debtor(s)