Office Mailing Address:　　　　　　　　　　　　　　　　　　　　　　　　　Send Payments **ONLY** to:
Scott F. Waterman, Trustee　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100　　　　　　　　　　　　　　　　　　　P.O. Box 680
Reading, PA  19606　　　　　　　　　　　　　　　　　　　　　　　　　　　Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17641-AMC**

NICHOLAS M MARTELLA　　　　　　　　　　　　　　　　　　　Petition Filed Date: 11/16/2018
KIERSTEN N MARTELLA　　　　　　　　　　　　　　　　　　　 341 Hearing Date: 01/11/2019
57003 DELAIRE LANDING ROAD　　　　　　　　　　　　　　　　Confirmation Date: 09/18/2019
PHILADELPHIA  PA    19114

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | $1,000.00 | | 03/04/2019 | $1,000.00 | | 04/09/2019 | $1,413.00 | |
| 04/16/2019 | $1,412.00 | | 05/30/2019 | $1,412.00 | | 07/08/2019 | $1,617.00 | |
| 08/05/2019 | $1,617.00 | | 09/16/2019 | $1,617.00 | | 10/23/2019 | $1,617.00 | |
| 12/13/2019 | $1,800.00 | | 01/27/2020 | $1,700.00 | | 06/17/2020 | $884.00 | |
| 07/15/2020 | $884.00 | | 08/10/2020 | $884.00 | | | | |

**Total Receipts for the Period: $18,857.00　　Amount Refunded to Debtor Since Filing: $0.00　　Total Receipts Since Filing: $19,857.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 30 | BRAD J SADEK ESQ<br>»»  030 | Attorney Fees | $2,955.00 | $2,955.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US DEPT OF HUD<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK<br>»»  004 | Unsecured Creditors | $3,578.07 | $560.38 | $3,017.69 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  005 | Unsecured Creditors | $857.48 | $134.29 | $723.19 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  006 | Unsecured Creditors | $867.96 | $135.93 | $732.03 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $1,018.29 | $159.48 | $858.81 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $15,809.41 | $2,476.00 | $13,333.41 |
| 10 | AMERICAN INFOSOURCE LP<br>»»  010 | Unsecured Creditors | $3,330.19 | $521.57 | $2,808.62 |
| 11 | AMERICAN INFOSOURCE LP<br>»»  011 | Unsecured Creditors | $3,805.77 | $596.04 | $3,209.73 |
| 12 | CAVALRY INVESTMENTS LLC<br>»»  012 | Unsecured Creditors | $8,377.96 | $1,312.12 | $7,065.84 |
| 13 | POLICE & FIRE FCU<br>»»  013 | Unsecured Creditors | $2,637.36 | $413.06 | $2,224.30 |

**Chapter 13 Case No. 18-17641-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,014.14 | $158.83 | $855.31 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TD RETAIL CREDIT SERVICES<br>»» 016 | Unsecured Creditors | $2,075.04 | $324.99 | $1,750.05 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $5,865.84 | $918.68 | $4,947.16 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $439.45 | $60.37 | $379.08 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $4,326.81 | $677.64 | $3,649.17 |
| 20 | CHASE BANK USA NA<br>»» 020 | Unsecured Creditors | $5,189.42 | $812.75 | $4,376.67 |
| 21 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $1,936.84 | $303.34 | $1,633.50 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,337.13 | $366.03 | $1,971.10 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $439.60 | $60.38 | $379.22 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 26S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITIBANK NA<br>»» 027 | Unsecured Creditors | $1,273.65 | $199.47 | $1,074.18 |
| 27 | CHASE BANK USA NA<br>»» 021 | Unsecured Creditors | $15,436.90 | $2,417.65 | $13,019.25 |
| 28 | PA HOUSING FINANCE AGENCY<br>»» 028 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITY OF PHILADELPHIA (LD)<br>»» 029 | Secured Creditors | $109.74 | $109.74 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 26U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,857.00 | Current Monthly Payment: | $884.00 |
| Paid to Claims: | $15,673.74 | Arrearages: | ($884.00) |
| Paid to Trustee: | $1,779.38 | Total Plan Base: | $55,217.00 |
| Funds on Hand: | $2,403.88 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.