IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:                                            :
    Nicholas M. Martella            : Chapter 13
    Kiersten N. Martella            : Case No.: 18-17641-AMC
    Debtor(s)                              :

---

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Supplemental Application for Compensation filed at Docket Number 82.

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008