IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-17641-amc |
| NICHOLAS M. MARTELLA and, KIERSTEN N. MARTELLA | Chapter 13 |
| Debtor, | Document No. |
| NISSAN MOTOR ACCEPTANCE CORPORATION, Movant, | |
| v. | |
| NICHOLAS M. MARTELLA, KIERSTEN N. MARTELLA, and SCOTT F. WATERMAN, Trustee, Respondents. | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 2, 2021, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Nicholas M. Martella<br>Kiersten N. Martella<br>57003 Delaire Landing Road<br>Philadelphia, PA 19114 | Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107 |
| Scott F. Waterman<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135