IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NICHOLAS M. MARTELLA and,<br>KIERSTEN N. MARTELLA<br>    Debtor,<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br>    Movant,<br><br>v.<br><br>NICHOLAS M. MARTELLA,<br>KIERSTEN N. MARTELLA, and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 18-17641-amc<br><br>Chapter 13<br><br>Document No. 90, 94 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: May 14, 2021**

BY THE COURT

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge