| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17641-AMC**

NICHOLAS M MARTELLA
KIERSTEN N MARTELLA
57003 DELAIRE LANDING ROAD
PHILADELPHIA  PA    19114

Petition Filed Date: 11/16/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 09/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $1,700.00 | | 06/17/2020 | $884.00 | | 07/15/2020 | $884.00 | |
| 08/10/2020 | $884.00 | | 10/02/2020 | $884.00 | | 11/16/2020 | $884.00 | |
| 12/28/2020 | $884.00 | | 02/02/2021 | $1,768.00 | | 02/22/2021 | $884.00 | |
| 03/25/2021 | $884.00 | | 04/16/2021 | $884.00 | | 05/14/2021 | $884.00 | |

**Total Receipts for the Period: $12,308.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,813.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 30 | BRAD J SADEK ESQ<br>»» 030 | Attorney Fees | $2,955.00 | $2,955.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US DEPT OF HUD<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $3,578.07 | $926.96 | $2,651.11 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $857.48 | $213.66 | $643.82 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $867.96 | $216.28 | $651.68 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $1,018.29 | $253.74 | $764.55 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $15,809.41 | $4,095.69 | $11,713.72 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 010 | Unsecured Creditors | $3,330.19 | $862.74 | $2,467.45 |
| 11 | AMERICAN INFOSOURCE LP<br>»» 011 | Unsecured Creditors | $3,805.77 | $985.94 | $2,819.83 |
| 12 | CAVALRY INVESTMENTS LLC<br>»» 012 | Unsecured Creditors | $8,377.96 | $2,170.46 | $6,207.50 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $2,637.36 | $683.27 | $1,954.09 |
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,014.14 | $252.72 | $761.42 |

| # | Creditor | Type | | | |
|---|---|---|---:|---:|---:|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TD RETAIL CREDIT SERVICES<br>»» 016 | Unsecured Creditors | $2,075.04 | $537.58 | $1,537.46 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $5,865.84 | $1,519.65 | $4,346.19 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $439.45 | $100.54 | $338.91 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $4,326.81 | $1,120.91 | $3,205.90 |
| 20 | CHASE BANK USA NA<br>»» 020 | Unsecured Creditors | $5,189.42 | $1,344.40 | $3,845.02 |
| 21 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $1,936.84 | $501.76 | $1,435.08 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,337.13 | $605.46 | $1,731.67 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $439.60 | $100.57 | $339.03 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 26S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITIBANK NA<br>»» 027 | Unsecured Creditors | $1,273.65 | $317.40 | $956.25 |
| 27 | CHASE BANK USA NA<br>»» 021 | Unsecured Creditors | $15,436.90 | $3,999.18 | $11,437.72 |
| 28 | PA HOUSING FINANCE AGENCY<br>»» 028 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITY OF PHILADELPHIA (LD)<br>»» 029 | Secured Creditors | $109.74 | $109.74 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 26U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $27,813.00 | Current Monthly Payment: | $884.00 |
| Paid to Claims: | $23,873.65 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,362.82 | Total Plan Base: | $55,217.00 |
| Funds on Hand: | $1,576.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.