| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-17641-AMC

| | |
|---|---|
| NICHOLAS M MARTELLA | Petition Filed Date: 11/16/2018 |
| KIERSTEN N MARTELLA | 341 Hearing Date: 01/11/2019 |
| 57003 DELAIRE LANDING ROAD | Confirmation Date: 09/18/2019 |
| PHILADELPHIA PA    19114 | |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $884.00 | | 05/14/2021 | $884.00 | | 06/11/2021 | $884.00 | |
| 07/12/2021 | $884.00 | | 08/19/2021 | $884.00 | | 09/28/2021 | $884.00 | |
| 10/28/2021 | $884.00 | | 11/29/2021 | $884.00 | | 12/28/2021 | $884.00 | |
| 01/24/2022 | $884.00 | | 02/22/2022 | $884.00 | | 03/21/2022 | $884.00 | |
| 04/18/2022 | $884.00 | | 05/13/2022 | $884.00 | | 06/24/2022 | $884.00 | |
| 07/25/2022 | $884.00 | | | | | | | |

**Total Receipts for the Period: $14,144.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $40,189.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 30 | BRAD J SADEK ESQ »» 030 | Attorney Fees | $2,955.00 | $2,955.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US DEPT OF HUD »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $3,578.07 | $1,393.08 | $2,184.99 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $857.48 | $333.81 | $523.67 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $867.96 | $337.96 | $530.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $1,018.29 | $396.43 | $621.86 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $15,809.41 | $6,155.14 | $9,654.27 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $3,330.19 | $1,296.54 | $2,033.65 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $3,805.77 | $1,481.69 | $2,324.08 |
| 12 | CAVALRY SPV INVESTMENTS LLC »» 012 | Unsecured Creditors | $8,377.96 | $3,261.85 | $5,116.11 |
| 13 | POLICE & FIRE FCU »» 013 | Unsecured Creditors | $2,637.36 | $1,026.84 | $1,610.52 |

**Chapter 13 Case No. 18-17641-AMC**

| 14 | POLICE & FIRE FCU »» 014 | Unsecured Creditors | $1,014.14 | $394.84 | $619.30 |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TD RETAIL CREDIT SERVICES »» 016 | Unsecured Creditors | $2,075.04 | $807.88 | $1,267.16 |
| 17 | AMERICAN EXPRESS NATIONAL BANK »» 017 | Unsecured Creditors | $5,865.84 | $2,283.78 | $3,582.06 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $439.45 | $171.08 | $268.37 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $4,326.81 | $1,684.56 | $2,642.25 |
| 20 | CHASE BANK USA NA »» 020 | Unsecured Creditors | $5,189.42 | $2,020.39 | $3,169.03 |
| 21 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $1,936.84 | $754.06 | $1,182.78 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $2,337.13 | $909.91 | $1,427.22 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $439.60 | $171.14 | $268.46 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 26S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITIBANK NA »» 027 | Unsecured Creditors | $1,273.65 | $495.90 | $777.75 |
| 27 | CHASE BANK USA NA »» 021 | Unsecured Creditors | $15,436.90 | $6,010.10 | $9,426.80 |
| 28 | PA HOUSING FINANCE AGENCY »» 028 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITY OF PHILADELPHIA (LD) »» 029 | Secured Creditors | $109.74 | $109.74 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 26U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,189.00 | Current Monthly Payment: | $884.00 |
| Paid to Claims: | $34,451.72 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,423.62 | Total Plan Base: | $55,217.00 |
| Funds on Hand: | $2,313.66 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.