| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-17641-AMC

NICHOLAS M MARTELLA
KIERSTEN N MARTELLA
57003 DELAIRE LANDING ROAD
PHILADELPHIA  PA   19114

Petition Filed Date: 11/16/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 09/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $884.00 | | 09/16/2022 | $884.00 | | 10/17/2022 | $884.00 | |
| 11/14/2022 | $884.00 | | 12/22/2022 | $884.00 | | 01/23/2023 | $884.00 | |
| 02/21/2023 | $884.00 | | 03/20/2023 | $884.00 | | 04/28/2023 | $884.00 | |
| 05/26/2023 | $884.00 | | 07/20/2023 | $1,768.00 | | | | |

**Total Receipts for the Period: $10,608.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $50,797.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 30 | BRAD J SADEK ESQ<br>»» 030 | Attorney Fees | $2,955.00 | $2,955.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US DEPT OF HUD<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $3,578.07 | $1,860.74 | $1,717.33 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $857.48 | $445.89 | $411.59 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $867.96 | $451.42 | $416.54 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $1,018.29 | $529.51 | $488.78 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $15,809.41 | $8,221.52 | $7,587.89 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $3,330.19 | $1,731.81 | $1,598.38 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $3,805.77 | $1,979.12 | $1,826.65 |
| 12 | CAVALRY SPV INVESTMENTS LLC<br>»» 012 | Unsecured Creditors | $8,377.96 | $4,356.90 | $4,021.06 |
| 13 | POLICE & FIRE FCU<br>»» 013 | Unsecured Creditors | $2,637.36 | $1,371.56 | $1,265.80 |
| 14 | POLICE & FIRE FCU<br>»» 014 | Unsecured Creditors | $1,014.14 | $527.39 | $486.75 |

**Chapter 13 Case No. 18-17641-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TD RETAIL CREDIT SERVICES<br>»» 016 | Unsecured Creditors | $2,075.04 | $1,079.09 | $995.95 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $5,865.84 | $3,050.46 | $2,815.38 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $439.45 | $228.51 | $210.94 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $4,326.81 | $2,250.11 | $2,076.70 |
| 20 | CHASE BANK USA NA<br>»» 020 | Unsecured Creditors | $5,189.42 | $2,698.67 | $2,490.75 |
| 21 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $1,936.84 | $1,007.23 | $929.61 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,337.13 | $1,215.40 | $1,121.73 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $439.60 | $228.59 | $211.01 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 26S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITIBANK NA<br>»» 027 | Unsecured Creditors | $1,273.65 | $662.39 | $611.26 |
| 27 | CHASE BANK USA NA<br>»» 021 | Unsecured Creditors | $15,436.90 | $8,027.80 | $7,409.10 |
| 28 | PA HOUSING FINANCE AGENCY<br>»» 028 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITY OF PHILADELPHIA (LD)<br>»» 029 | Secured Creditors | $109.74 | $109.74 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 26U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,797.00 | Current Monthly Payment: | $884.00 |
| Paid to Claims: | $44,988.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,307.62 | Total Plan Base: | $55,217.00 |
| Funds on Hand: | $1,500.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.