United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-17641-amc
Nicholas M. Martella  Chapter 13
Kiersten N. Martella
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 04, 2024      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas M. Martella, Kiersten N. Martella, 57003 Delaire Landing Road, Philadelphia, PA 19114-5352 |
| 14285074 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14231797 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 05 2024 07:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2024 07:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14257491 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 11:04:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14231778 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 11:04:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14231779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 10:53:50 | Brand Source/citi Cbna, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 14319176 | | Email/Text: megan.harper@phila.gov | Jan 05 2024 07:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14231787 | | Email/Text: cfcbackoffice@contfinco.com | Jan 05 2024 07:39:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14231780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 10:53:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14251807 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 10:53:50 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14252295 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2024 07:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14260764 | + | Email/Text: RASEBN@raslg.com | Jan 05 2024 07:39:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14262861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 11:04:19 | Citibank, N.A., Citibank, N.A., 701 East 60th |

District/off: 0313-2 User: admin Page 2 of 3
Date Rcvd: Jan 04, 2024 Form ID: 138OBJ Total Noticed: 37

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Street North, Sioux Falls, SD 57104-0432 |
| 14231785 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 10:53:16 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14231788 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2024 10:53:47 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14235352 | | Email/Text: mrdiscen@discover.com | Jan 05 2024 07:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14231789 | + | Email/Text: mrdiscen@discover.com | Jan 05 2024 07:39:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14231790 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 05 2024 11:04:02 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14231783 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2024 11:04:22 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14251203 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 11:04:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14231793 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 05 2024 07:39:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 14234705 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 05 2024 07:39:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14293931 | + | Email/Text: blegal@phfa.org | Jan 05 2024 07:39:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14231795 | | Email/Text: blegal@phfa.org | Jan 05 2024 07:39:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14258818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 11:04:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14232966 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 05 2024 14:59:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14231796 | + | Email/Text: bankruptcy1@pffcu.org | Jan 05 2024 07:39:00 | Police And Fire Fcu, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2051 |
| 14245340 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2024 07:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14231798 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 05 2024 10:53:46 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 14231799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 11:04:22 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14231801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 11:45:12 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14231800 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 11:04:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14231802 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 10:53:49 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14255383 | + | Email/Text: tdebn@credbankserv.com | Jan 05 2024 07:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14235124 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 05 2024 10:53:46 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington,, DC 20410-0002 |

TOTAL: 34

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14231782 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14231781 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14231786 | *+ | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14231791 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14231784 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14231794 | *+ | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 14231792 | ##+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, Po Box 400, Dixon, MO 65459-0400 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Kiersten N. Martella brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Nicholas M. Martella brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KERI P EBECK | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nicholas M. Martella and Kiersten N. Martella

        Debtor(s)

Case No: 18−17641−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/4/24

109 − 107
Form 138OBJ